638

372 A.2d 838
Commonwealth v. Johnson, Appellant.

Submitted June 14, 1976.   Richard E. Johnson, for appellant;   John M. Di-Donato, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

372 A.2d 839
Commonwealth v. Johnson, Appellant.

Submitted June 22, 1976.   David E. Auerbach, Assistant Public Defender, for appellant;   Ralph B. D'Iorio, Assistant District Attorney, and Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.